IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO PALAZUVELOS,

       Plaintiff,                   1: 08 CV 01106 LJO YNP SMS (PC)

   vs.                                FINDING AND RECOMMENDATION

OFFICER BRITZ,

       Defendant.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2009, Defendant Officer Britz filed a motion to dismiss this action on the ground that Plaintiff fails to state a claim for which relief can be granted. Plaintiff has failed to oppose the motion.

     Local Rule 78-230(m) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion..." The court will deem plaintiff's failure to oppose defendant's motion to dismiss a waiver, and recommend that the motion be granted on that basis.

     Failure to follow a district court's local rules is a proper grounds for dismissal. <u>U.S. v. Warren</u>, 601 F.2d 471, 474 (9th Cir. 1979). Thus, a court may dismiss an action for plaintiff's failure to oppose a motion to dismiss, where the applicable local rule determines that failure to

1

1  oppose a motion will be deemed a waiver of opposition.  See Ghazali v.Moran, 46 F.3d 52 (9th

2  Cir. 1995), cert. denied 116 S.Ct. 119 (1995) (dismissal upheld even where plaintiff contends he

3  did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to F.R.C.P. 5(b),

4  and time to file opposition); cf. Marshall v. Gates, No. 93-5022, slip op. 99, 105-06 (9th Cir. Jan.

5  4, 1995); Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) .

6        Plaintiff is advised that has failure to file an opposition is deemed a waiver and will result

7  in dismissal of this action for Plaintiff's failure to file an opposition.

8        Accordingly, IT IS HEREBY RECOMMENDED that Defendant's motion to dismiss BE

9  granted, and this action be dismissed for Plaintiff's failure to file an opposition the motion to

10 dismiss.

11       These findings and recommendations are submitted to the United States District Judge

12 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days

13 after being served with these findings and recommendations, any party may file written

14 objections with the court and serve a copy on all parties.  Such a document should be captioned

15 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

16 shall be served and filed within ten days after service of the objections.   The parties are advised

17 that failure to file objections within the specified time waives all objections to the judge's

18 findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file

19 objections within the specified time may waive the right to appeal the District Court's order.

20 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21 IT IS SO ORDERED.

22 **Dated:    August 10, 2009**                /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE